of Appeal, First Circuit, Parish of Ascension. 164 So.2d 108.

Writ denied. On the facts found by the Court of Appeal we find no error of law.

SUMMERS, J., is of the opinion the writ should be granted.

165 So.2d 485

**Eugenia Ann ROY et vir**

**v.**

**UNITED GAS CORPORATION et al.**

**No. 47349.**

June 30, 1964.

In re: United Gas Corporation and Continental Casualty Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 163 So.2d 587.

Writ refused. On the facts found by the Court of Appeal there is no error of law in its judgment.